**Order entered July 5, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00356-CR

**BOBBY BRUNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MB16-31477-C**

## ORDER

Before the Court is appellant's July 1, 2019 motion to abate the appeal pending a determination of indigency. In the motion, appellate counsel reports that he agreed to represent appellant on a *pro bono* basis provided appellant paid the costs for filing the record. Appellant has not provided funds for the record, and counsel has been unable to communicate with appellant since April 16, 2019. Counsel relates that appellant's telephone and emergency contact telephone numbers have been disconnected. Counsel requests the Court abate this appeal to allow the trial court to conduct a hearing to determine if appellant is indigent and whether counsel's representation should continue.

We **GRANT** the motion.

We **ORDER** the trial court to conduct a hearing to determine whether appellant's whereabouts are known and, if not, whether counsel has made a reasonable effort to locate appellant. In this regard, the trial court shall make appropriate findings and recommendations and determine, to the extent possible, whether appellant desires to prosecute the appeal or has abandoned the appeal; appellant's current address, if determinable; and if appellant's address is unknown, what actions counsel has taken to attempt to locate appellant.

We further **ORDER** the trial court to determine whether appellant is indigent and, if so, whether he desires appointed appellate counsel. The trial court is directed to conduct such inquiries and to enter such orders as are necessary to address the matters of appellant's indigence and right to representation. If the trial court determines appellant has not abandoned the appeal, he is indigent, and he desires appellate counsel, the trial court shall appoint him counsel. The trial court shall make appropriate findings of fact and recommendations regarding the matter of appellant's indigence and representation.

The trial court is **ORDERED** to file a clerk's record within **THIRTY DAYS** of the date of this order containing (1) its findings on the matters of appellant's abandonment or intent to prosecute the appeal; (2) appellant's current address if determinable; (3) if appellant's current address is unknown, the actions counsel has taken to locate appellant; (4) appellant's indigence and whether appellant is entitled to appellate counsel; and (5) the name and address of any counsel the trial court appoints to represent appellant.

We **ABATE** the appeal to allow the trial court to comply with the above order. The appeal shall be reinstated when the findings are received or at such other time as the Court deems appropriate.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE

–2–